IN THE CIRCUIT COURT OF THE COUNTY OF EFFINGHAM
STATE OF ILLINOIS

| | |
|---|---|
| MICHAEL DYER   Plaintiffs,   v.   SALWANT SINGH PADDA,   Serve at:   25 Schubert Cres    Ontario, Canada L5V2R1   And   TRANSX LIMITED,   Serve at:   Velid Hodzic    635 Lamorak Dr    Schaumburg, Il 60193   Defendants. | Cause No.   Division:   JURY TRIAL DEMANDED |

## COMPLAINT

**COMES NOW** Plaintiff, Michael Dyer, by and through his undersigned attorney and for his Petition against Defendants Salwant Singh Padda, and TransX Limited, and states the following:

1. Plaintiff Michael Dyer is a resident of Collinsville, Oklahoma.

2. Defendant Salwant Singh Padda is a resident of Ontario, Canada.

3. Defendant TransX Limited is a Winnipeg, Canada Company duly registered and in good standing with the State of Illinois, with its registered agent located at 635 Lamorak Dr. Schaumburg, Il 60193.

4. On or about September 10, 2015, Plaintiff Michael Dyer operated his motor vehicle on westbound Interstate 70. Near mile marker 76, there was a construction zone and

1


EXHIBIT A

traffic was narrowed to a single lane. The traffic in front of Plaintiff's vehicle slowed following the crest of a hill. Plaintiff slowed his vehicle in response to the flow of traffic.

5. Defendant Padda, who was driving a truck in the course and scope of his employment with Defendant TransX Limited, was driving behind Plaintiff's vehicle. Defendant Padda did not slow down and as a result, rear ended Plaintiff's vehicle.

6. Plaintiff sustained injuries in this collision.

7. Venue is proper in this court pursuant to *735 ILCS 5/ 2-101 (1)*.

## COUNT I

**COMES NOW** Plaintiff, Michael Dyer, and for his claim against Defendant Salwant Padda states as follows:

8. Plaintiff adopts and incorporates the Allegations Applicable to All Counts as though fully set forth herein.

9. Plaintiff was injured because of Defendant Padda's negligence in one or more of the following respects:

    a) Defendant failed to keep a proper lookout;

    b) Defendant drove at an excessive speed for the circumstances; and

    c) Defendant rear-ended Plaintiff's vehicle.

    d) Defendant failed to operate his vehicle in a safe and prudent manner.

10. As a direct and proximate result of the negligence and carelessness of Defendant Padda described herein, Plaintiff Michael Dyer suffered injuries and was damaged, including injuries to his neck and back. Plaintiff has suffered pain in the past and will do so in the future. Plaintiff has also suffered wage loss in the past and will continue to do so in the future.

11. As a result of the negligence of defendant and his injuries, Plaintiff has sustained, and will in the future sustain, damages for wage loss and medical bills and costs relating to medical treatment for his injuries.

**WHEREFORE**, Plaintiff Michael Dyer prays for a judgment against Defendant Salwant Padda for all his damages in an amount determined by the jury greater than the jurisdictional limit of this court, and for any further just and proper relief.

## COUNT II

**COMES NOW** Plaintiff, Michael Dyer, and for his claim against Defendant TransX Limited states as follows:

12. Plaintiff Adopts and Incorporates the above paragraphs as thought fully set forth herein.

13. At all relevant time, Defendant Salwant Padda was working for TransX Limited.

14. As the employer and principle of Defendant Medina, Defendant CRST International is vicariously liable for the actions of Defendant Medina.

15. TransX Limited is a trucking company doing business in the State of Illinois.

16. Plaintiff Michael Dyer was injured because of Defendant TransX Limited, acting though its driver and employee Defendant Salwant Padda's, negligence in one or more of the following respects:

   a) Defendant failed to keep a proper lookout;

   b) Defendant drove at an excessive speed for the circumstances; and

   c) Defendant rear-ended Plaintiff's vehicle.

   d) Defendant failed to operate his vehicle in a safe and prudent manner.

17.   As a direct and proximate result of the negligence and carelessness of Defendant TransX Limited described herein, Plaintiff Michael Dyer suffered injuries and was damaged, including injuries to his neck and back. Plaintiff has suffered pain in the past and will do so in the future. Plaintiff has also suffered wage loss in the past and will continue to do so in the future.

18.   As a result of his injuries, Plaintiff has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for his injuries and surgeries.

**WHEREFORE**, Plaintiff Michael Dyer prays for a judgment against Defendant TransX Limited for all his damages in an amount determined by the jury greater than the jurisdictional limit of this court, and for any further just and proper relief.

Respectfully submitted,

Burger Law, LLC

_____
Gary K. Burger, Jr. #6212156
500 N. Broadway, Suite 1350
St. Louis, Missouri 63102
Telephone: (314) 542-2222
gary@burgerlaw.com
*Attorney for Plaintiff*